IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MAYOR AND CITY COUNCIL OF BALTIMORE, on behalf of itself and all others similarly situated**<br>        Plaintiff,<br><br>    v.<br><br>**MERCK SHARP & DOHME CORP.,**<br>        Defendant. | **CIVIL ACTION**<br>**No. 23-828** |

## ORDER

This 20th day of November, 2023, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1. Defendant's Motion to Dismiss (ECF 25) is **GRANTED in part** and **DENIED in part**.

2. The Motion is **GRANTED** as to Plaintiff's claims under the Idaho Consumer Protection Act and Utah Consumer Sales Practices Act, and these claims are **DISMISSED with prejudice**.

3. As to Plaintiff's remaining claims, Defendant's Motion is **DENIED**.

         /s/ Gerald Austin McHugh         
         United States District Judge