**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MAYOR AND CITY COUNCIL OF BALTIMORE** *ON BEHALF OF ITSELF AND* ALL OTHERS SIMILARLY SITUATED : : : : : **v.** : : **MERCK SHARP & DOHME CORP.** : | **CIVIL ACTION** No. 23-828 |

**ORDER**

This 28th day of August, 2024, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1. Plaintiff's Motion to Amend (ECF 55) is **GRANTED in part** and **DENIED in part**. The Motion is **GRANTED** as to all proposed amendments, **except** the request to withdraw its jury demand. Plaintiff shall file its First Amended Complaint accordingly.

2. Defendant's Motion to Strike Class Action Allegations in the Complaint (ECF 57) is **DENIED**.

　　　　　　　　　　　　　　　　　　　　／s/ Gerald Austin McHugh
　　　　　　　　　　　　　　　　　　　　United States District Judge